UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:18-cv-11550-LTS

PAUL J. McMANN and EILEEN R. McMANN,
*Individually and on behalf of all others similarly situated*

*Plaintiffs,*

v.

CHARLES BAKER, ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 31) dated March 25, 2019, allowing Defendants' Motion to Dismiss (CM/ECF No. 23), this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

March 25, 2019